| | |
|---|---|
| 1 | Deborah S. Ballati (State Bar No. 067424) |
|   |   dballati@fbm.com |
| 2 | David Lazerwitz (State Bar No. 221349) |
|   |   dlazerwitz@fbm.com |
| 3 | Sonya Sanchez (State Bar No. 247541) |
|   |   ssanchez@fbm.com |
| 4 | Farella Braun + Martel LLP |
|   | 235 Montgomery Street, 17th Floor |
| 5 | San Francisco, CA 94104 |
|   | Telephone: (415) 954-4400 |
| 6 | Facsimile: (415) 954-4480 |

Attorneys for Third-Party Defendant
OMI/THAMES WATER STOCKTON, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION FOR A SUSTAINABLE DELTA, a California nonprofit corporation; BELRIDGE WATER STORAGE DISTRICT, a California Water Storage District; BERRENDA MESA WATER DISTRICT, a California Water District; NORTH OF THE RIVER MUNICIPAL WATER DISTRICT, a California Municipal Water District; WHEELER RIDGE-MARICOPA WATER STORAGE DISTRICT, a California Water Storage District; and DEE DILLON, an individual,<br><br>        Plaintiffs,<br>  v.<br><br>CITY OF STOCKTON, a municipal corporation; and COUNTY OF SAN JOAQUIN, a political subdivision of the State of California,<br><br>        Defendants. | Case No. 2:09-cv-00466-JAM-DAD<br><br>**SECOND STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THIRD-PARTY PLAINTIFF/DEFENDANT CITY OF STOCKTON'S THIRD-PARTY CLAIM** |
| CITY OF STOCKTON, a municipal corporation,<br><br>        Third-Party Plaintiff,<br>  v.<br><br>OMI/THAMES WATER STOCKTON, INC.,<br><br>        Third-Party Defendant. | |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

SECOND STIPULATION FOR EXTENSION OF
TIME TO RESPOND TO CITY OF STOCKTON'S
THIRD-PARTY CLAIM /No CV 09-00466

24958\2047678.2
9/22/09

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS Third Party Plaintiff/Defendant, City of Stockton ("City"), served its Third
2  Party Claim upon Third Party Defendant OMI/Thames Water Stockton, Inc. ("OMI/Thames") on
3  August 13, 2009;

4  WHEREAS, OMI/Thames' response to the City's Third Party Claim was originally due
5  on September 2, 2009;

6  WHEREAS, the City granted OMI/Thames one 30-day extension of time to respond to the
7  City's Third Party Claim so that the response date was extended from September 2, 2009 to and
8  including October 2, 2009;

9  WHEREAS, OMI/Thames and the City are holding discussions that may result in the
10  dismissal of the City's Third Party Claim against OMI/Thames;

11  WHEREAS, in the interests of efficiency and judicial economy, the parties wish to
12  preserve costs incurred in this matter;

13  WHEREAS, the City and OMI/Thames have agreed to an additional 30-day extension of
14  time for OMI/Thames to respond to the Third Party Claim, which would extend the response date
15  from October 2, 2009 to November 2, 2009;

16  NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties,
17  pursuant to Rule 6-144(a) of the Civil Local Rules of this Court, that the Court may enter an
18  Order extending the deadline for OMI/Thames to file and serve its response to the Third Party
19  Claim to and including November 2, 2009.

20  IT IS SO AGREED.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

SECOND STIPULATION FOR EXTENSION OF
TIME TO RESPOND TO CITY OF STOCKTON'S
THIRD-PARTY CLAIM /No CV 09-00466

24958\2047678.2
9/22/09

PDF created with pdfFactory trial version www.pdffactory.com

1  Dated: September 24, 2009  FARELLA BRAUN + MARTEL LLP

2

3  By: /s/
   Deborah S. Ballati

4  Attorneys for Third-Party Defendant
   OMI/THAMES WATER STOCKTON, INC.

5

6  Dated: September 24, 2009  SOMACH SIMMONS & DUNN

7

8  By: /s/
   Kanwarjit S. Dua

9  Attorneys for Third-Party Plaintiff/Defendant
   CITY OF STOCKTON

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

SECOND STIPULATION FOR EXTENSION OF
TIME TO RESPOND TO CITY OF STOCKTON'S     - 2 -
THIRD-PARTY CLAIM /No CV 09-00466

24958\2047678.2
9/22/09

PDF created with pdfFactory trial version www.pdffactory.com

1    I attest that concurrence in the filing of the above stipulation has been obtained from
2 counsel for Third-Party Plaintiff/Defendant City of Stockton.

3 Dated:  September 24, 2009                    FARELLA BRAUN + MARTEL LLP

5                                               By: /s/
                                                    Deborah S. Ballati
6                                               Attorneys for Third-Party Defendant
                                                OMI/THAMES WATER STOCKTON, INC.

9            PURSUANT TO STIPULATION, IT IS SO ORDERED.

11 DATED:  September 24, 2009

13                                                /s/ John A. Mendez
                                                  The Honorable John A. Mendez
14                                                United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

SECOND STIPULATION FOR EXTENSION OF
TIME TO RESPOND TO CITY OF STOCKTON'S     - 3 -                         24958\2047678.2
THIRD-PARTY CLAIM /No CV 09-00466                                                9/22/09

PDF created with pdfFactory trial version www.pdffactory.com