SOMACH SIMMONS & DUNN
Paul S. Simmons, Esq. (SBN 127920)
 psimmons@somachlaw.com
Theresa A. Dunham, Esq. (SBN 187644)
 tdunham@somachlaw.com
Kanwarjit S. Dua, Esq. (SBN 214591)
 kdua@somachlaw.com
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone:  (916) 446-7979
Facsimile:  (916) 446-8199

Attorneys for Defendant
CITY OF STOCKTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION FOR A SUSTAINABLE DELTA, a California nonprofit corporation, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF STOCKTON, a municipal corporation, and COUNTY OF SAN JOAQUIN, a political subdivision of the State of California,<br><br>Defendants. | Case No. 2:09-cv-00466 JAM/DAD<br><br>THIRD STIPULATION FOR EXTENSION OF TIME FOR THIRD PARTY DEFENDANT OMI/THAMES WATER STOCKTON, INC. TO RESPOND TO THIRD PARTY PLAINTIFF CITY OF STOCKTON'S THIRD-PARTY CLAIM; AND ORDER |
| CITY OF STOCKTON, a municipal corporation,<br><br>Third Party Plaintiff,<br><br>v.<br><br>OMI/THAMES WATER STOCKTON, INC.,<br><br>Third Party Defendant. | |

WHEREAS, Third Party Plaintiff/Defendant, City of Stockton (City), served its Third Party Claim upon Third Party Defendant OMI/Thames Water Stockton, Inc. (OMI/Thames) on August 13, 2009;

---

THIRD STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THIRD PARTY CLAIM                                                            -1-

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, OMI/Thames' response to the City's Third Party Claim was originally due on September 2, 2009;

WHEREAS, the City agreed to provide OMI/Thames an initial 30-day extension of time to respond to the City's Third Party Claim so that the response date was extended from September 2, 2009 to October 2, 2009;

WHEREAS, the City and OMI/Thames agreed to an additional 30-day extension of time for OMI/Thames to respond to the Third Party Claim to allow the parties to discuss a dismissal of the City's claims against OMI/Thames, which the Court granted on September 25, 2009, thereby extending the date a response was due from October 2, 2009 to November 2, 2009;

WHEREAS, the parties have engaged in preliminary discussions regarding the City's voluntary dismissal of its Third Party Claim against OMI/Thames, but need additional time so that the terms of that dismissal can be discussed and approved by the City of Stockton's City Council, which cannot meet to discuss the dismissal until late November or early December 2009;

WHEREAS, the City and OMI/Thames have agreed to an additional approximate 60-day extension of time for OMI/Thames to respond to the Third Party Claim to allow the parties to discuss and negotiate the terms of a dismissal of the City's claims against OMI/Thames after Stockton's City Council has had an opportunity to discuss the matter, thereby extending the date a response is due from November 2, 2009 to January 4, 2010;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties, pursuant to Rule 6-144(a) of the Civil Local Rules of this Court, that the Court may enter an

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

PDF created with pdfFactory trial version www.pdffactory.com

Order extending the deadline for OMI/Thames to file and serve its response to the Third Party Claim to and including January 4, 2010.

SOMACH SIMMONS & DUNN
A Professional Corporation

DATED:_____     By____/s/ Kanwarjit S. Dua_____
            Kanwarjit S. Dua

Attorneys for Defendant CITY OF STOCKTON

FARELLA BRAUN + MARTEL LLP

DATED:_____     By____/s/ Deborah S. Ballati_____
            Deborah S. Ballati

Attorneys for Third-Party Defendant
OMI/THAMES WATER STOCKTON, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  October 28, 2009     /s/ John A. Mendez_____
               The Hon. John A. Mendez
               United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing will be e-filed on October 28, 2009, and will be automatically served upon counsel of record, all of whom appear to be subscribed to receive notice from the ECF system.

Kanwarjit S. Dua

THIRD STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THIRD PARTY CLAIM -4-

PDF created with pdfFactory trial version www.pdffactory.com