R. MORGAN GILHULY (State Bar No. 133659; rmg@bcltlaw.com)
JOSHUA A. BLOOM (State Bar No. 183358; jab@bcltlaw.com)
LAURA S. BERNARD (State Bar No. 197556; lsb@bcltlaw.com)
CHRISTOPHER D. JENSEN (State Bar No. 235108; cdj@bcltlaw.com)
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone: (415) 228-5400
Fax: (415) 228-5450
Attorneys for Plaintiffs Coalition for a Sustainable Delta,
Belridge Water Storage District, Berrenda Mesa Water District,
Cawelo Water District, North of the River Municipal Water District,
Wheeler Ridge-Maricopa Water Storage District, and Dee Dillon

PAUL S. SIMMONS (State Bar No. 127920; psimmons@somachlaw.com)
THERESA A. DUNHAM (State Bar No. 187644; tdunham@somachlaw.com)
KANWARJIT S. DUA (State Bar No. 214591; kdua@somachlaw.com)
SOMACH SIMMONS & DUNN
813 6th Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 446-7979
Fax: (916) 446-8199
Attorneys for Defendant City of Stockton

NICOLE E. GRANQUIST (State Bar No. 199017; ngranquist@downeybrand.com)
COURTNEY S. COVINGTON (State Bar No. 259723; ccovington@downeybrand.com)
DOWNEY BRAND LLP
621 Capitol Mall, 18th Floor
Sacramento, California 95814-4686
Telephone: (916) 444-1000
Fax: (916) 444-2100
Attorneys for Defendant County of San Joaquin

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| COALITION FOR A SUSTAINABLE DELTA, a California nonprofit corporation, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF STOCKTON, a municipal corporation, and COUNTY OF SAN JOAQUIN, a political subdivision of the State of California,<br><br>Defendants. | Case No. 2:09-cv-00466-JAM-DAD<br><br>**AMENDED STIPULATION AND ORDER MODIFYING AMENDED STATUS (Pre-trial Scheduling) ORDER** |

AMENDED STIPULATION AND [PROPOSED] ORDER MODIFYING AMENDED STATUS (Pre-trial Scheduling) ORDER
U.S.D.C Case No. Civ. 2:09-cv-00466-JAM-DAD

665445.1

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, the Court issued its Amended Status (Pre-trial Scheduling) Order on August 7, 2009, which established the discovery, motion, pre-trial and trial dates in this matter;

WHEREAS, Plaintiffs propounded requests for production of documents to the City of Stockton ("City") and County of San Joaquin ("County") pursuant to Fed. R. Civ. Proc. 34 on August 17, 2009 and September 3, 2009 (the "Discovery Requests");

WHEREAS, the City and County informed Plaintiffs that, due to limited municipal resources and the volume of responsive documents, neither defendant would be able to respond to the Discovery Requests within the 30-day time period, and thereby requested two extensions to respond to the Discovery Requests, which were granted by Plaintiffs;

WHEREAS, the deadline for the City and County to respond to the Discovery Requests is now December 11, 2009;

WHEREAS, Plaintiffs believe that without an extension of the Court's Amended Status (Pre-trial Scheduling) Order, Plaintiffs will be prejudiced by the timing of the City and County's responses to the Discovery Requests;

WHEREAS, the parties have agreed that an amendment of the schedule in this case will allow the City and County adequate time to respond to the Discovery Requests without prejudicing Plaintiffs' ability to prepare their case;

NOW THEREFORE IT IS HEREBY STIPULATED by and between Plaintiffs, the City, and the County that the dates set forth in the Amended Status (Pre-trial Scheduling) Order shall be modified as follows:

| | |
|---|---|
| Non-Expert Discovery Cut-Off: | June 1, 2010 |
| Expert Disclosures: | August 2, 2010 |
| Rebuttal Expert Disclosures: | September 2, 2010 |
| Completion of All Discovery: | October 4, 2010 |
| Deadline to File Dispositive Motions: | January 26, 2011 |
| Dispositive Motion Hearing Deadline: | February 23, 2011 at 9:00 a.m. |
| Final Pre-Trial Conference: | April 15, 2011 at 2:00 p.m. |
| Trial: | May 23, 2011 at 9:00 a.m. |

2

AMENDED STIPULATION AND [PROPOSED] ORDER MODIFYING AMENDED STATUS (Pre-trial Scheduling) ORDER
U.S.D.C Case No. Civ. 2:09-cv-00466-JAM-DAD

665445

PDF created with pdfFactory trial version www.pdffactory.com

SO STIPULATED.

DATED: October 30, 2009                    BARG COFFIN LEWIS & TRAPP, LLP


/s/ Joshua A. Bloom
JOSHUA A. BLOOM
Attorneys For Plaintiffs Coalition for a Sustainable Delta, Belridge Water Storage District, Berrenda Mesa Water District, Cawelo Water District, North of the River Municipal Water District, Wheeler Ridge-Maricopa Water Storage District, and Dee Dillon


DATED: October 30, 2009                    SOMACH SIMMONS & DUNN


/s/ Kanwarjit S. Dua (as authorized on 10/30/09)
KANWARJIT S. DUA
Attorneys For Defendant City of Stockton


DATED: October 30, 2009                    DOWNEY BRAND LLP


/s/ Nicole E. Granquist (as authorized on 10/31/09)
NICOLE E. GRANQUIST
Attorneys For Defendant County of San Joaquin

3

AMENDED STIPULATION AND [PROPOSED] ORDER MODIFYING AMENDED STATUS (Pre-trial Scheduling) ORDER
U.S.D.C Case No. Civ. 2:09-cv-00466-JAM-DAD

665445

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

Having considered the parties' stipulated request to modify the August 7, 2009 Amended Status (Pre-trial Scheduling) Order, and GOOD CAUSE appearing therefore, the Court hereby orders the following:

1. The parties' request to modify the August 7, 2009 Amended Status (Pre-trial Scheduling) Order is GRANTED;

2. The deadlines in the Amended Status (Pre-trial Scheduling) Order are modified as follows:

| | |
|---|---|
| Non-Expert Discovery Cut-Off: | June 1, 2010 |
| Expert Disclosures: | August 2, 2010 |
| Rebuttal Expert Disclosures: | September 2, 2010 |
| Completion of All Discovery: | October 4, 2010 |
| Deadline to File Dispositive Motions: | January 26, 2011 |
| Dispositive Motion Hearing Deadline: | February 23, 2011 at 9:00 a.m. |
| Final Pre-Trial Conference: | April 15, 2011 at 2:00 p.m. |
| Trial: | May 23, 2011 at 9:00 a.m. |

IT IS SO ORDERED.


DATED: November 2, 2009             /s/ John A. Mendez_____
                                    Hon. John A. Mendez
                                    United States District Court Judge



AMENDED STIPULATION AND [PROPOSED] ORDER MODIFYING AMENDED STATUS (Pre-trial Scheduling) ORDER
U.S.D.C Case No. Civ. 2:09-cv-00466-JAM-DAD

4

665445

PDF created with pdfFactory trial version www.pdffactory.com