R. MORGAN GILHULY (State Bar No. 133659)
JOSHUA A. BLOOM (State Bar No. 183358)
LAURA S. BERNARD (State Bar No. 197556)
CHRISTOPHER D. JENSEN (State Bar No. 235108)
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone: (415) 228-5400
Fax: (415) 228-5450
Email: rmg@bcltlaw.com

Attorneys for Plaintiffs Coalition for a Sustainable Delta,
Belridge Water Storage District, Berrenda Mesa Water District,
Cawelo Water District, North of the River Municipal Water District,
Wheeler Ridge-Maricopa Water Storage District, and Dee Dillon

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| COALITION FOR A SUSTAINABLE DELTA, a California nonprofit corporation, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF STOCKTON, a municipal corporation, and COUNTY OF SAN JOAQUIN, a political subdivision of the State of California,<br><br>    Defendants. | Case No. 2:09-cv-00466-JAM-DAD<br><br>**ORDER DENYING DEFENDANT SAN JOAQUIN COUNTY'S MOTION FOR RECONSIDERATION UNDER FEDERAL RULES OF CIVIL PROCEDURE 60(b)(6)**<br><br>Judge:    John A. Mendez<br>Date:     November 18, 2009<br>Time:     9:00 a.m.<br>Location: Courtroom 6 |

[PROPOSED] ORDER DENYING DEFENDANT SAN JOAQUIN COUNTY'S MOTION FOR RECONSIDERATION UNDER FEDERAL RULES OF CIVIL PROCEDURE 60(B)(6)
U.S.D.C Case No. Civ. 2:09-cv-00466-JAM-DAD

672790.1

PDF created with pdfFactory trial version www.pdffactory.com

1. On November 18, 2009, Defendant County of San Joaquin's Motion for Reconsideration Under Federal Rule of Civil Procedure 60(b) came on for hearing before the Honorable John M. Mendez at 9:00 a.m., in Courtroom 6 of the United States District Court, Eastern District of California, with counsel for all parties appearing before the Court.

After consideration of the papers filed in support of and in opposition to the Motion, the arguments of counsel, and the Court's findings at the hearing as set forth in the transcript,

IT IS HEREBY ORDERED THAT:

Defendant's Motion for Reconsideration is DENIED.

Dated: November 30, 2009                        /s/ John A. Mendez
                                                United States District Judge

APPROVED AS TO FORM:

Dated: November 25, 2009          By:   BARG COFFIN LEWIS & TRAPP, LLP

                                        /s/ Joshua A. Bloom
                                        Joshua A. Bloom
                                        Attorney for Plaintiffs

Dated: November 25, 2009          By:   DOWNEY BRAND LLP

                                        /s/ Nicole E. Granquist
                                        Nicole E. Granquist
                                        Attorney for Defendant County of San Joaquin



[PROPOSED] ORDER DENYING DEFENDANT SAN JOAQUIN COUNTY'S MOTION FOR RECONSIDERATION UNDER FEDERAL RULES OF CIVIL PROCEDURE 60(B)(6)   1
U.S.D.C Case No. Civ. 2:09-cv-00466-JAM-DAD

672790.1

PDF created with pdfFactory trial version www.pdffactory.com