R. MORGAN GILHULY (State Bar No. 133659; rmg@bcltlaw.com)
JOSHUA A. BLOOM (State Bar No. 183358; jab@bcltlaw.com)
LAURA S. BERNARD (State Bar No. 197556; lsb@bcltlaw.com)
CHRISTOPHER D. JENSEN (State Bar No. 235108; cdj@bcltlaw.com)
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone: (415) 228-5400
Fax: (415) 228-5450
Attorneys for Plaintiffs Coalition for a Sustainable Delta,
Belridge Water Storage District, Berrenda Mesa Water District,
Cawelo Water District, North of the River Municipal Water District,
Wheeler Ridge-Maricopa Water Storage District, and Dee Dillon

PAUL S. SIMMONS (State Bar No. 127920; psimmons@somachlaw.com)
THERESA A. DUNHAM (State Bar No. 187644; tdunham@somachlaw.com)
KANWARJIT S. DUA (State Bar No. 214591; kdua@somachlaw.com)
SOMACH SIMMONS & DUNN
813 6th Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 446-7979
Fax: (916) 446-8199
Attorneys for Defendant City of Stockton

NICOLE E. GRANQUIST (State Bar No. 199017; ngranquist@downeybrand.com)
COURTNEY S. COVINGTON (State Bar No. 259723; ccovington@downeybrand.com)
DOWNEY BRAND LLP
621 Capitol Mall, 18th Floor
Sacramento, California 95814-4686
Telephone: (916) 444-1000
Fax: (916) 444-2100
Attorneys for Defendant County of San Joaquin

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| COALITION FOR A SUSTAINABLE DELTA, a California nonprofit corporation, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF STOCKTON, a municipal corporation, and COUNTY OF SAN JOAQUIN, a political subdivision of the State of California,<br><br>Defendants. | Case No. 2:09-cv-00466-JAM-KJN<br><br>**STIPULATION AND ORDER MODIFYING THE SECOND AMENDED STATUS ORDER** |

STIPULATION AND [PROPOSED] ORDER MODIFYING AMENDED STATUS (Pre-trial Scheduling) ORDER
U.S.D.C Case No. Civ. 2:09-cv-00466-JAM-KJN

759766.1

PDF created with pdfFactory trial version www.pdffactory.com

1. WHEREAS, the Court issued an Order Modifying Amended Status (Pre-trial Scheduling) Order on March 5, 2010, amending and establishing discovery, motion, pre-trial and trial dates in this matter ("Second Amended Status Order");

2. WHEREAS, the Stipulation in support of the Second Amended Status Order indicated that the Parties had commenced discussions to explore an acceptable informal resolution to this matter, and that the amendment of the schedule as set forth in the Second Amended Status Order would allow the Parties adequate time to prepare their respective cases, and would provide an opportunity for substantive settlement discussions;

3. WHEREAS, for the period from the Second Amended Status Order to the present, the Parties have engaged in substantive settlement discussions;

4. WHEREAS, during those settlement discussions, the parties agreed to postpone discovery and other trial preparation in the case pending the outcome of those discussions and to stipulate to a postponement of pretrial discovery deadlines;

5. WHEREAS, notwithstanding the continued good faith efforts of the Parties, a resolution to this matter has not yet been achieved; and

6. WHEREAS, the parties desire to resume discovery and trial preparation on a schedule that will ensure that no party is prejudiced by the informal stay of discovery in effect during the pendency of settlement discussions.

NOW THEREFORE IT IS HEREBY STIPULATED by and among the Parties that the dates set forth in the Second Amended Status Order shall be modified as follows:

| | |
|---|---|
| Non-Expert Discovery Cut-Off: | April 15, 2011 |
| Expert Disclosures: | June 15, 2011 |
| Rebuttal Expert Disclosures: | July 15, 2011 |
| Completion of All Discovery: | August 26, 2011 |
| Deadline to File Dispositive Motions: | November 11, 2011 |
| Dispositive Motion Hearing Deadline: | January 11, 2012 at 9:30 a.m. |
| Final Pre-Trial Conference: | March 2, 2012 at 2:00 p.m. |
| Trial: | April 9, 2012 at 9:00 a.m. |

STIPULATION AND [PROPOSED] ORDER MODIFYING AMENDED STATUS (Pre-trial Scheduling) ORDER
U.S.D.C Case No. Civ. 2:09-cv-00466-JAM-KJN

759766.1

PDF created with pdfFactory trial version www.pdffactory.com

SO STIPULATED.

DATED: August 16, 2010  BARG COFFIN LEWIS & TRAPP, LLP


/s/ Joshua A. Bloom
JOSHUA A. BLOOM
Attorneys For Plaintiffs Coalition for a Sustainable Delta, Belridge Water Storage District, Berrenda Mesa Water District, Cawelo Water District, North of the River Municipal Water District, Wheeler Ridge-Maricopa Water Storage District, and Dee Dillon


DATED: August 16, 2010  SOMACH SIMMONS & DUNN


/s/ Kanwarjit S. Dua
KANWARJIT S. DUA
Attorneys for Defendant City of Stockton


DATED: August 16, 2010  DOWNEY BRAND LLP


/s/ Nicole E. Granquist
NICOLE E. GRANQUIST
Attorneys for Defendant County of San Joaquin

3

STIPULATION AND [PROPOSED] ORDER MODIFYING AMENDED STATUS (Pre-trial Scheduling) ORDER
U.S.D.C Case No. Civ. 2:09-cv-00466-JAM-KJN

759766.1

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

Having considered the Parties' stipulated request to modify the Second Amended Status Order filed in this matter on March 5, 2010, and GOOD CAUSE appearing therefore, the Court hereby orders the following:

1. The Parties' request to modify the Second Amended Status Order is GRANTED;

2. The deadlines in the Second Amended Status Order are modified as follows:

| | |
|---|---|
| Non-Expert Discovery Cut-Off: | April 15, 2011 |
| Expert Disclosures: | June 15, 2011 |
| Rebuttal Expert Disclosures: | July 15, 2011 |
| Completion of All Discovery: | August 26, 2011 |
| Deadline to File Dispositive Motions: | November 11, 2011 |
| Dispositive Motion Hearing Deadline: | January 11, 2012 at 9:30 a.m. |
| Final Pre-Trial Conference: | March 2, 2012 at 2:00 p.m. |
| Trial: | April 9, 2012 at 9:00 a.m. |

IT IS SO ORDERED.

DATED: August 16, 2010            /s/ John A. Mendez_____
                                  Hon. John A. Mendez
                                  United States District Court Judge



4

STIPULATION AND [PROPOSED] ORDER MODIFYING AMENDED STATUS (Pre-trial Scheduling) ORDER
U.S.D.C Case No. Civ. 2:09-cv-00466-JAM-KJN

759766.1

PDF created with pdfFactory trial version www.pdffactory.com