R. MORGAN GILHULY (State Bar No. 133659; rmg@bcltlaw.com)
JOSHUA A. BLOOM (State Bar No. 183358; jab@bcltlaw.com)
LAURA S. BERNARD (State Bar No. 197556; lsb@bcltlaw.com)
CHRISTOPHER D. JENSEN (State Bar No. 235108; cdj@bcltlaw.com)
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone:  (415) 228-5400
Fax:  (415) 228-5450
Attorneys for Plaintiffs Coalition for a Sustainable Delta,
Belridge Water Storage District, Berrenda Mesa Water  District,
Cawelo Water District, North of the River Municipal Water District,
Wheeler Ridge-Maricopa Water Storage District, and Dee Dillon

PAUL S. SIMMONS (State Bar No. 127920; psimmons@somachlaw.com)
THERESA A. DUNHAM (State Bar No. 187644; tdunham@somachlaw.com)
KANWARJIT S. DUA (State Bar No. 214591; kdua@somachlaw.com)
SOMACH SIMMONS & DUNN
500 Capitol Mall, Suite 1000
Sacramento, CA  95814
Telephone:  (916) 446-7979
Fax:  (916) 446-8199
Attorneys for Defendant City of Stockton

NICOLE E. GRANQUIST (State Bar No. 199017; ngranquist@downeybrand.com)
DOWNEY BRAND LLP
621 Capitol Mall, 18th Floor
Sacramento, California 95814-4686
Telephone:  (916) 444-1000
Fax:  (916) 444-2100
Attorneys for Defendant County of San Joaquin

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| COALITION FOR A SUSTAINABLE DELTA, a California nonprofit corporation, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF STOCKTON, a municipal corporation, and COUNTY OF SAN JOAQUIN, a political subdivision of the State of California,<br><br>Defendants. | Case No. 2:09-cv-00466-JAM-KJN<br><br>**STIPULATION AND ORDER STAYING PROCEEDINGS**<br>**AS MODIFIED BY THE COURT** |

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, on August 16, 2010, the Court issued a Stipulation and Order Modifying the Second Amended Status Order (Docket #87), amending and establishing discovery, motion, pretrial, and trial dates in this matter so as to allow the Parties to continue to settlement discussions;

WHEREAS, for the period from August 16, 2010 to the present, the Parties have continued to engage in substantive settlement discussions;

WHEREAS, during those settlement discussions, the Parties agreed to postpone discovery and other trial preparation in the case pending the outcome of those discussions;

WHEREAS, the Parties have agreed to undertake an independent assessment of portions of Defendants' MS4 program;

WHEREAS, the intent of the independent assessment is to provide a basis for the Parties to reach a final settlement to be entered by the Court;

WHEREAS, the Parties anticipate that the independent assessment will not be completed for approximately six months;

WHEREAS, the Parties desire to stay all pretrial proceedings and vacate all dates set by the Stipulation and Order Modifying the Second Amended Status Order, pending completion of the independent assessment and good faith efforts by the Parties to reach a final settlement; and

WHEREAS, notwithstanding the stay, the Parties desire to retain the ability to reinitiate litigation in the event performance of the independent assessment becomes unreasonably delayed or otherwise fails.

NOW THEREFORE IT IS HEREBY STIPULATED by and among the Parties that:

1. All proceedings in this action shall be stayed.

2. All dates set by the Stipulation and Order Modifying the Second Amended Status Order (Docket #87) shall be vacated.

3. A status conference will be held on August 17, 2011 to inform the Court of the Parties' progress towards final settlement.

4. During the period this case is stayed, any Party may reinitiate litigation by giving two–weeks' notice of its intent to do so to the Court and the other Parties.

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | DATED:  February 18, 2011 | BARG COFFIN LEWIS & TRAPP, LLP |
| 4 | | |
| 5 | | /s/ Joshua A. Bloom |
| | | JOSHUA A. BLOOM |
| 6 | | Attorneys For Plaintiffs Coalition for a Sustainable Delta, Belridge Water Storage District, Berrenda Mesa Water District, Cawelo Water District, North of the River Municipal Water District, Wheeler Ridge-Maricopa Water Storage District, and Dee Dillon |
| 10 | DATED:  February 18, 2011 | SOMACH SIMMONS & DUNN |
| 12 | | /s/ Kanwarjit S. Dua |
| | | KANWARJIT S. DUA |
| 13 | | Attorneys for Defendant City of Stockton |
| 14 | DATED:  February 18, 2011 | DOWNEY BRAND LLP |
| 16 | | /s/ Nicole E. Granquist |
| | | NICOLE E. GRANQUIST |
| 17 | | Attorneys for Defendant County of San Joaquin |



STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS
U.S.D.C Case No. Civ. 2:09-cv-00466-JAM-KJN

2

819055.1

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Having considered the Parties' stipulated request to stay all proceedings in this action and vacate all dates sets by the Stipulation and Order Modifying the Second Amended Status Order, and GOOD CAUSE appearing therefore, the Court hereby orders the following:

1. All proceedings in this action are hereby stayed.

2. All dates set by the Stipulation and Order Modifying the Second Amended Status Order (Docket #87) are hereby vacated.

3. **The parties shall file a joint status report on or before August 17, 2011 to inform the Court of the parties' progress towards final settlement.**

IT IS SO ORDERED.

DATED:  February 22, 2011          /s/ John A. Mendez_____
                                    Hon. John A. Mendez
                                    United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com