1   SOMACH SIMMONS & DUNN
Paul S. Simmons, Esq. (SBN 127920)
2   E-Mail: psimmons@somachlaw.com
Theresa A. Dunham, Esq. (SBN 187644)
3   E-Mail: tdunham@somachlaw.com
Kanwarjit S. Dua, Esq. (SBN 214591)
4   E-Mail: kdua@somachlaw.com
500 Capitol Mall, Suite 1000
5   Sacramento, CA 95814
Telephone: (916) 446-7979
6   Facsimile: (916) 446-8199

7   Attorneys for Defendant and Third Party Plaintiff
CITY OF STOCKTON, a municipal corporation
8

9                    UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11

12   COALITION FOR A SUSTAINABLE DELTA,      Case No. 2:09-cv-00466 JAM/DAD
a California nonprofit corporation, et al.
13                                           STIPULATION AND ORDER FOR
              Plaintiffs,                    CONTINUED STAY OF PROCEEDINGS
14                                           AND JOINT STATUS REPORT
         v.
15
CITY OF STOCKTON, a municipal corporation,
16   and COUNTY OF SAN JOAQUIN, a political
subdivision of the State of California,
17
              Defendants.
18

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

STIPULATION AND PROPOSED ORDER FOR CONTINUED STAY OF PROCEEDINGS
AND JOINT STATUS REPORT                                                    -1-

PDF created with pdfFactory trial version www.pdffactory.com

SOMACH SIMMONS & DUNN
A Professional Corporation

1     Defendants the City of Stockton ("City) and the County of San Joaquin ("County"), and

2     Plaintiffs Coalition for a Sustainable Delta, Belridge Water Storage District, Berrenda Mesa

3     Water District, Cawelo Water District, North of the River Municipal Water District, Wheeler

4     Ridge-Maricopa Water Storage District, and Dee Dillon ("Plaintiffs"), (collectively "Parties")

5     submit the following Joint Status Report pursuant to the Court's February 23, 2011 Stipulation

6     and Order Staying Proceedings.

7     **I.**      **STATUS OF THE CASE**

8     On February 23, 2011, this Court issued a Stipulation and Order Staying Proceedings

9     (Docket #89), staying all proceedings in the case, vacating all dates set by the August 16, 2010

10    Order Modifying the Second Amended Status Order (Docket #87), and ordering a status report be

11    filed on or before August 17, 2011, to inform the Court of the parties' progress towards

12    settlement.  Since that time, the Parties have been engaged in substantive settlement discussions.

13    As result of those discussions, the Parties agreed to undertake an independent assessment

14    ("Assessment") of portions of Defendants' MS4 program, currently being performed by an

15    independent consultant approved of by the Parties.  The consultant's resulting report may provide

16    a basis for the Parties to negotiate and approve the terms of a final settlement.  The Parties expect

17    the Assessment and resulting report from the consultant to be complete by October 21, 2011, after

18    which the Parties expect to engage in substantive discussion and negotiation that, by agreement of

19    the Parties, will not last longer than four months.

20    As a result, the Parties wish and hereby agree that the stay ordered on February 23, 2011,

21    remain effective, and will submit a further status report on or before October 31, 2011, informing

22    the Court of the status of the Assessment.  The Parties further request that a status conference in

23    this matter be scheduled for February 21, 2012.  Notwithstanding the stay, the Parties desire to

24    retain the ability to reinitiate litigation in the event performance of the Assessment becomes

25    unreasonably delayed or otherwise fails.

26    ///

27    ///

28    ///

**SOMACH SIMMONS & DUNN**
**A Professional Corporation**

STIPULATION AND PROPOSED ORDER FOR CONTINUED STAY OF PROCEEDINGS
AND JOINT STATUS REPORT          -2-

PDF created with pdfFactory trial version www.pdffactory.com

## II.    <u>STIPULATION</u>

NOW THEREFORE IT IS HEREBY STIPULATED by and among the Parties that:

A status report will be submitted on or before October 31, 2011, informing the Court of the status of the Assessment.

A status conference will be held on February 21, 2012 to further inform the Court of the Parties' progress towards final settlement.

SOMACH SIMMONS & DUNN
A Professional Corporation

DATED: August 16, 2011            By_____/s/ Kanwarjit S. Dua_____
                                                            Kanwarjit S. Dua

Attorneys for Defendant CITY OF STOCKTON

BARG COFFIN LEWIS & TRAPP, LLP

DATED:  August 16, 2011            By _____/s/ Joshua A. Bloom_____
                                                            JOSHUA A. BLOOM

Attorneys for Plaintiffs Coalition for a Sustainable Delta, Belridge Water Storage District, Berrenda mesa Water District, Cawelo Water District, North of the River Municipal Water District, Wheeler Ridge-Maricopa Water Storage District, and Dee Dillon

DOWNEY BRAND LLP

DATED:  August 16, 2011            By _____/s/ Nicole E. Granquist_____
                                                            NICOLE E. GRANQUIST

Attorneys for Defendant County of San Joaquin

STIPULATION AND PROPOSED ORDER FOR CONTINUED STAY OF PROCEEDINGS
AND JOINT STATUS REPORT                                                                                         -3-

SOMACH SIMMONS & DUNN
A Professional Corporation

1

## **ORDER**

2    Having considered the Parties' Joint Status Report and stipulated request to schedule a

3   status conference, and GOOD CAUSE appearing therefore, the Court hereby orders the

4   following:

5    A status report will be submitted on or before October 31, 2011, informing the Court of

6   the status of the Assessment.

7    A status conference will be held on February 21, 2012, to further inform the Court of the

8   Parties' progress towards final settlement.

9

10   IT IS SO ORDERED.

11

12   DATED:  August 22, 2011          /s/ John A. Mendez_____
                                       Hon. John A. Mendez
13                                     United States District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER FOR CONTINUED STAY OF PROCEEDINGS
AND JOINT STATUS REPORT                                                                    -4-

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that a true and correct copy of the foregoing STIPULATION AND

3

PROPOSED ORDER FOR CONTINUED STAY OF PROCEEDINGS AND JOINT STATUS

4

REPORT will be e-filed on August 16, 2011, and will be automatically served upon counsel of

5

record, all of whom appear to be subscribed to receive notice from the ECF system.

6

      /s/ Kanwarjit S. Dua
Kanwarjit S. Dua

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SOMACH SIMMONS & DUNN**
**A Professional Corporation**

STIPULATION AND PROPOSED ORDER FOR CONTINUED STAY OF PROCEEDINGS
AND JOINT STATUS REPORT

-5-

PDF created with pdfFactory trial version www.pdffactory.com