SOMACH SIMMONS & DUNN
Paul S. Simmons, Esq. (SBN 127920)
E-Mail:  psimmons@somachlaw.com
Theresa A. Dunham, Esq. (SBN 187644)
E-Mail:  tdunham@somachlaw.com
Kanwarjit S. Dua, Esq. (SBN 214591)
E-Mail:  kdua@somachlaw.com
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone:  (916) 446-7979
Facsimile:  (916) 446-8199

Attorneys for Defendant and Third Party Plaintiff
CITY OF STOCKTON, a municipal corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION FOR A SUSTAINABLE DELTA, a California nonprofit corporation, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF STOCKTON, a municipal corporation, and COUNTY OF SAN JOAQUIN, a political subdivision of the State of California,<br><br>Defendants. | Case No. 2:09-cv-00466 JAM/DAD<br><br>STIPULATION AND ORDER FOR CONTINUED STAY OF PROCEEDINGS AND JOINT STATUS REPORT |

///

///

///

///

///

///

///

///

///

///

SOMACH SIMMONS & DUNN
A Professional Corporation

PDF created with pdfFactory trial version www.pdffactory.com

SOMACH SIMMONS & DUNN
A Professional Corporation

Defendants the City of Stockton ("City") and the County of San Joaquin ("County"), and Plaintiffs Coalition for a Sustainable Delta, Belridge Water Storage District, Berrenda Mesa Water District, Cawelo Water District, North of the River Municipal Water District, Wheeler Ridge-Maricopa Water Storage District, and Dee Dillon ("Plaintiffs"), (collectively "Parties") submit the following Joint Status Report pursuant to the Court's October 31, 2011, Order filed as Docket No. 93.

## I.      STATUS OF THE CASE

On February 23, 2011, this Court issued a Stipulation and Order Staying Proceedings (Docket No. 89), staying all proceedings in the case, vacating all dates set by the August 16, 2010 Order Modifying the Second Amended Status Order (Docket No. 87), and ordering a status report be filed on or before August 17, 2011, to inform the Court of the Parties' progress towards settlement.  On August 16, 2011, the Parties submitted a Stipulation and Order for Continued Stay of Proceedings and a Joint Status Report (Docket No. 90), informing the Court that the Parties continued to be engaged in settlement discussions, including an agreement to undertake an independent assessment ("Assessment") of portions of Defendants' MS4 program to be performed by an independent consultant approved by the Parties.  On August 22, 2011, this Court issued a Minute Order (Docket No. 91) continuing the stay of proceedings, scheduling a status conference for February 21, 2012, and requiring the submittal of a status report on or before October 31, 2011, informing the Court of the status of the Assessment.

On October 31, 2011, the Parties submitted a status report (Docket No. 92) informing the Court that the Assessment was ongoing, but had not yet been completed and that the Assessment was expected to be submitted to the Parties sometime during the week of November 14, 2011.  On October 31, 2011, the Court issued a Minute Order (Docket No. 93) instructing the Parties to submit another status report on or before February 3, 2012, providing the Court with a status update.

The Assessment was submitted to the Parties on November 22, 2011.  The Parties met with the consultant in December 2011 to jointly review the Assessment and recommendations proposed therein.  The Parties have since exchanged proposed settlement terms that could form

PDF created with pdfFactory trial version www.pdffactory.com

the basis of a full settlement in this matter.  On January 20, 2012, the Parties met to discuss the respective proposed terms.  While the Parties have continued to negotiate in good faith in their attempt to reach settlement, they require additional time to continue settlement discussions.

As a result, the Parties wish and hereby agree that the stay ordered on February 23, 2011, remain effective, and that the Parties will submit a further status report on or before March 30, 2012, informing the Court of the status of settlement negotiations.  The Parties further request that the Court reset the status conference currently scheduled for February 21, 2012 in this matter to April 20, 2012.  Notwithstanding the stay, the Parties desire to retain the existing ability to reinitiate litigation in the event settlement negotiations become unreasonably delayed or otherwise fail.

**II.**    **STIPULATION**

NOW THEREFORE IT IS HEREBY STIPULATED by and among the Parties that:

A status report will be submitted on or before March 30, 2012, informing the Court of the status of settlement negotiations, whether or not they would like the Court's assistance in mediation, and, if necessary, propose a discovery and trial schedule in the event settlement negotiations have not proceeded satisfactorily.

The status conference scheduled for February 21, 2012 is vacated.

A status conference will be held on April 20, 2012, to further inform the Court of the Parties' progress towards final settlement.  In the event settlement negotiations have not proceeded satisfactorily, such time shall be used to determine dates for mediation, if appropriate, and set discovery and trial dates.

SOMACH SIMMONS & DUNN
A Professional Corporation

DATED: February 3, 2012          By   /s/ Kanwarjit S. Dua
                                            Kanwarjit S. Dua

Attorneys for Defendant CITY OF STOCKTON

///

///

///

SOMACH SIMMONS & DUNN
A Professional Corporation

PDF created with pdfFactory trial version www.pdffactory.com

1

2

3                                          BARG COFFIN LEWIS & TRAPP, LLP

DATED: February 3, 2012              By   /s/ Joshua A. Bloom  (as authorized on 2/1/12)
4                                              JOSHUA A. BLOOM

5                                        Attorneys for Plaintiffs Coalition for a Sustainable
                                         Delta, Belridge Water Storage District, Berrenda mesa
6                                        Water District, Cawelo Water District, North of the
                                         River Municipal Water District, Wheeler Ridge-
7                                        Maricopa Water Storage District, and Dee Dillon

8                                          DOWNEY BRAND LLP

9    DATED: February 3, 2012              By   /s/ Nicole E. Granquist (as authorized on 2/1/12)
                                               NICOLE E. GRANQUIST
10                                       Attorneys for Defendant County of San Joaquin

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER FOR CONTINUED STAY OF PROCEEDINGS
AND JOINT STATUS REPORT                                                    -4-

SOMACH SIMMONS & DUNN
A Professional Corporation

## ORDER

Having considered the Parties' Joint Status Report and stipulated request to schedule a status conference, and GOOD CAUSE appearing therefore, the Court hereby orders the following:

A status report will be submitted on or before March 30, 2012, informing the Court of the status of settlement negotiations, whether or not the Parties would like the Court's assistance in mediation, and, if necessary, propose a discovery and trial schedule in the event settlement negotiations have not proceeded satisfactorily.

The status conference scheduled for February 21, 2012 is vacated.

A status conference will be held on April 20, 2012, to further inform the Court of the Parties' progress towards final settlement.  In the event settlement negotiations have not proceeded satisfactorily, such time shall be used to determine dates for mediation, if appropriate, and set discovery and trial dates.


IT IS SO ORDERED.


DATED:  February 3, 2012                         /s/ John A. Mendez_____
                                                 Hon. John A. Mendez
                                                 United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com