```
SOMACH SIMMONS & DUNN
Paul S. Simmons, Esq. (SBN 127920)
E-Mail: psimmons@somachlaw.com
Theresa A. Dunham, Esq. (SBN 187644)
E-Mail: tdunham@somachlaw.com
Kanwarjit S. Dua, Esq. (SBN 214591)
E-Mail: kdua@somachlaw.com
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199
```


FILED
APR 2 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Attorneys for Defendant and Third Party Plaintiff
CITY OF STOCKTON, a municipal corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION FOR A SUSTAINABLE DELTA, a California nonprofit corporation, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF STOCKTON, a municipal corporation, and COUNTY OF SAN JOAQUIN, a political subdivision of the State of California,<br><br>Defendants. | Case No. 2:09-cv-00466 JAM/DAD<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR CONTINUED STAY OF PROCEEDINGS AND JOINT STATUS REPORT |

Defendants the City of Stockton ("City") and the County of San Joaquin ("County"), and Plaintiffs Coalition for a Sustainable Delta, Belridge Water Storage District, Berrenda Mesa Water District, Cawelo Water District, North of the River Municipal Water District, Wheeler Ridge-Maricopa Water Storage District, and Dee Dillon ("Plaintiffs"), (collectively "Parties") submit the following Joint Status Report pursuant to the Court's February 6, 2012, Order filed as Docket No. 95.

## I. STATUS OF THE CASE

On February 23, 2011, this Court issued a Stipulation and Order Staying Proceedings (Docket No. 89), staying all proceedings in the case, vacating all dates set by the August 16, 2010 Order Modifying the Second Amended Status Order (Docket No. 87), and ordering a status report

be filed on or before August 17, 2011, to inform the Court of the Parties' progress towards settlement. On August 16, 2011, the Parties submitted a Stipulation and Order for Continued Stay of Proceedings and a Joint Status Report (Docket No. 90), informing the Court that the Parties continued to be engaged in settlement discussions, including an agreement to undertake an independent assessment ("Assessment") of portions of Defendants' MS4 program to be performed by an independent consultant approved by the Parties. On August 22, 2011, this Court issued a Minute Order (Docket No. 91) continuing the stay of proceedings, scheduling a status conference for February 21, 2012, and requiring the submittal of a status report on or before October 31, 2011, informing the Court of the status of the Assessment.

On October 31, 2011, the Parties submitted a status report (Docket No. 92) informing the Court that the Assessment was ongoing, but had not yet been completed and that the Assessment was expected to be submitted to the Parties sometime during the week of November 14, 2011. On October 31, 2011, the Court issued a Minute Order (Docket No. 93) instructing the Parties to submit another status report on or before February 3, 2012, providing the Court with a status update.

On February 3, 2012, the Parties submitted a Stipulation and Order for Continued Stay of Proceedings and a Joint Status Report (Docket No. 94) informing the Court that the final Assessment was submitted to the Parties on November 22, 2011, the Parties met with the consultant in December 2011 to jointly review the Assessment and recommendations proposed therein, and that the Parties had since had in-person settlement discussions and exchanged proposed settlement terms that could form the basis of a full settlement in this matter. On February 6, 2012, at the request of the Parties, the Court issued an Order (Docket No. 96) continuing the stay of proceedings, scheduling a status conference for April 20, 2012, and instructing the Parties to submit another status report on or before March 30, 2012, informing the Court of the status of settlement negotiations, whether or not the Parties would like the Court's assistance in mediation, and, if necessary, propose a discovery and trial schedule in the event settlement negotiations have not proceeded satisfactorily.

      Since that time, the Parties have continued to negotiate in good faith in their attempt to reach settlement, which has included in-person settlement meetings and the exchange of multiple settlement documents. While agreement has been reached on many terms, several significant terms remain to be resolved. Of those remaining issues still to be resolved, the Parties are unable to reach agreement on the timing and substance of some of those terms as a result of uncertainties surrounding the City's financial situation. In an attempt to resolve its financial situation, and establish greater future certainty of its fiscal position, the Stockton City Council recently approved proceeding under AB 506, a state-mandated confidential neutral evaluation process involving the City's bond holders, employee unions, and other creditors in an attempt to avoid municipal bankruptcy. That process is anticipated to occur during the next ninety (90) days, and its outcome will likely influence the pending settlement discussions. Until that process is completed, the Parties believe that settlement negotiations during the interim period will not be productive. The Parties intend to resume negotiations once the AB 506 process is concluded.

      Given these circumstances, the Parties wish and hereby agree that the stay ordered on February 23, 2011, remain effective, and that the Parties will submit a further status report on or before July 27, 2012, informing the Court of the status of the settlement negotiations, including an update as to the outcome of the AB 506 process. The Parties further request that the Court reset the status conference currently scheduled for April 20, 2012 in this matter to August 15, 2012. Notwithstanding the stay, the Parties desire to retain the existing ability to reinitiate litigation in the event settlement negotiations become unreasonably delayed or otherwise fail.

**II.   STIPULATION**

      NOW THEREFORE IT IS HEREBY STIPULATED by and among the Parties that:

      A status report will be submitted on or before July 27, 2012, informing the Court of the status of settlement negotiations, including an update as to the outcome of the City's AB 506 process.

      The status conference scheduled for April 20, 2012 is vacated.

      A status conference will be held on August 15, 2012, to further inform the Court of the

1  Parties' progress towards final settlement. In the event settlement negotiations have not
2  proceeded satisfactorily, such time shall be used to determine dates for mediation, if appropriate,
3  and set discovery and trial dates.
4  ///
5  ///

6

SOMACH SIMMONS & DUNN
A Professional Corporation

7

DATED: March 30, 2012         By  /s/ Kanwarjit S. Dua
                                  Kanwarjit S. Dua

8

9  Attorneys for Defendant CITY OF STOCKTON

10

11  BARG COFFIN LEWIS & TRAPP, LLP

12  DATED: March 30, 2012         By  /s/ Joshua A. Bloom (as authorized on 3/30/12)
                                      JOSHUA A. BLOOM

13

14  Attorneys for Plaintiffs Coalition for a Sustainable
    Delta, Belridge Water Storage District, Berrenda mesa
    Water District, Cawelo Water District, North of the
    River Municipal Water District, Wheeler Ridge-
    Maricopa Water Storage District, and Dee Dillon

15

16  DOWNEY BRAND LLP

17  DATED: March 30, 2012         By  /s/ Nicole E. Granquist (as authorized on 3/30/12)
                                      NICOLE E. GRANQUIST
18                                Attorneys for Defendant County of San Joaquin

19
20
21
22
23
24
25
26
27
28

**ORDER**

Having considered the Parties' Joint Status Report and stipulated request to schedule a status conference, and GOOD CAUSE appearing therefore, the Court hereby orders the following:

A status report will be submitted on or before July 27, 2012, informing the Court of the status of settlement negotiations, including an update as to the outcome of the City's AB 506 process.

The status conference scheduled for April 20, 2012 is vacated.

A status conference will be held on August 22, 2012, to further inform the Court of the Parties' progress towards final settlement. In the event settlement negotiations have not proceeded satisfactorily, such time shall be used to determine dates for mediation, if appropriate, and set discovery and trial dates. *No further requests for stay will be granted.* JAM

IT IS SO ORDERED.

DATED: 4-2-____, 2012

Hon. John A. Mendez
United States District Court Judge